IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KOVA BRISTOL TENN 1894, LLC,<br>A Florida Limited Liability Company, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Docket No. 2:19-cv-00084 |
| BRISTOL PRESERVATION, LLC,<br>A Tennessee Limited Liability Company, | )<br>)<br>) | |
| Defendant. | )<br>) | |

## DECLARATION OF MITCH WALTERS

Declarant, Mitch Walters, testifies as follows:

1. I am over 18 years of age and of sound mind and body.

2. The information contained in this Declaration is based upon my own personal knowledge and is true and accurate.

3. On or around the afternoon of Monday, August 26, 2019, I was copied on an email from Jim Street, CEO of J. A. Street & Associates, Inc., to Anthony Emma and Rick Rainville stating that KOVA has not paid invoices from JASA for work directed by KOVA.

4. A true and accurate copy of this email and the accompanying invoices are attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28th, 2019.

/s/ Mitch Walters
Mitch Walters