UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| KOVA BRISTOL TENN 1894, LLC, A FLORIDA LIMITED LIABILITY COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BRISTOL PRESERVATION, LLC, A TENNESSEE LIMITED LIABILITY COMPANY | ) ) ) |
| Defendant | |

2:19-CV-00084-DCLC

## ORDER

This matter is before the Court on Defendant Motion for Leave to File Document Under Seal [Doc. 63]. The Motion is **GRANTED** and the Clerk is directed to file the Proposed Sealed Documents [Doc. 64] under seal.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge

1